**Kathy M. BLEDSOE, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

No. 01–1747.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 17, 2001.

Decided Jan. 15, 2002.

Susan Kipp McLaughlin, McLaughlin & Curry, Fairmont, West Virginia, for Appellant. James A. Winn, Regional Chief, Region III, Patricia M. Smith, Deputy Chief, Nicholas Cerulli, Assistant Regional, Office of the General, Social Security Administration, Philadelphia, Pennsylvania; Patrick M. Flatley, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kathy M. Bledsoe appeals the district court's order granting summary judgment to the Commissioner in her action seeking judicial review of the Commissioner's decision to deny Bledsoe's application for disability insurance benefits. We have reviewed the record, the district court's opinion, and the decision of the administrative law judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bledsoe v. Commissioner of Social Security*, No. CA–00–43–2 (N.D.W.Va. Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*